IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MONTEIZ JAQUZE SCOTT, :
:
    Plaintiff, :
:
:
VS. : 7 : 08-CV-72 (HL)
:
TRAVIS SPARKS and :
BARRY WILLIAMS, :
:
:
    Defendants. :

## RECOMMENDATION

    The plaintiff filed this action pursuant to 42 U.S.C. § 1983 in June 2008, challenging the circumstances surrounding his 2007 arrest on drug charges. Since submitting his complaint for filing in June 2008, the plaintiff has taken no action in this matter and has had no contact with the court. The defendants filed an answer on August 13, 2008, and following more than a year of inactivity, filed a Motion to Dismiss based on plaintiff's alleged failure to prosecute this action. Although ordered by the court to file a response to the defendants' Motion to Dismiss, the plaintiff has failed to file a response, and the plaintiff's service copy of the court's September 8, 2009, order directing a response has been returned as undeliverable.

    Under Rule 41(b) of the Federal Rules of Civil Procedure, a case may be dismissed upon a determination of a "clear record of delay or willful contempt and a finding that lesser sanctions would not suffice." *Goforth v. Owens*, 766 F.2d 1533, 1535 (11th Cir. 1985). Litigants proceeding *pro se* are not exempt from this requirement of diligent prosecution. *Moon v. Newsome*, 863 F.2d 835 (11th Cir. 1989). The court's inherent power to dismiss cases in which

the plaintiff has failed to diligently prosecute his action "is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Link v. Wabash R.R.*, 370 U.S. 626, 630 (1962).

A review of this entire action reveals a clear record of delay or willful contempt on the part of the plaintiff. Over two (2) years have passed since the plaintiff's last, and only, contact with the court, when plaintiff filed his complaint herein. The court finds that lesser sanctions will not suffice. Inasmuch as the plaintiff has failed to respond to the defendants' Motion to Dismiss and has failed to proceed in any substantive way with the litigation of this lawsuit in the last year, it is the recommendation of the undersigned that this action be **DISMISSED.** Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN FOURTEEN (14) DAYS of receipt thereof.

**SO RECOMMENDED**, this 17th day of June, 2010.

*S/ THOMAS Q. LANGSTAFF*

**THOMAS Q. LANGSTAFF**
**UNITED STATES MAGISTRATE JUDGE**

asb