**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **MONTEIZ JAQUZE SCOTT,** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | **CASE NO. 7:08-CV-72 (HL)** |
| : | |
| **TRAVIS SPARKS, et al,** : | |
| : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 17) filed June 17, 2010 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 13th day of July, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**